# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:11–cv–11310–GAO

Granfield v. NVIDIA Corporation
Assigned to: Judge George A. OToole, Jr
Cause: 28:1332 Diversity–Product Liability

Date Filed: 07/22/2011
Date Terminated: 11/03/2011
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Monica Granfield**
*individually and on behlaf of a class similarly situated*

represented by **Edward F. Haber**
Shapiro Haber &Urmy LLP
53 State Street
37th Floor
Boston, MA 02109
617–439–3939
Fax: 617–439–0134
Email: ehaber@shulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian J. McLoughlin**
Shapiro, Haber &Urmy, LLP
53 State St.
Boston, MA 02109
617–439–3939
Fax: 617–439–0134
Email: imcloughlin@shulaw.com
*ATTORNEY TO BE NOTICED*

**Michelle H. Blauner**
Shapiro Haber &Urmy LLP
53 State Street
37th Floor
Boston, MA 02109
617–439–3939
Fax: 617 439–0134
Email: mblauner@shulaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NVIDIA Corporation**

represented by **Justin M. Lichterman**
Orrick Herrington &Sutcliffe LLP
450 Howard Street
San Francisco, CA 94105
415–773–5700
Email: jlichterman@orrick.com
*ATTORNEY TO BE NOTICED*

**Robert P. Varian**
Orrick, Herrington &Sutcliffe LLP
400 Sansome St
San Francisco, CA 94111
415–7735611
Email: rvarian@orrick.com
*ATTORNEY TO BE NOTICED*

**Virginia Hope Johnson**
Prince, Lobel, Glovsky &Tye LLP
100 Cambridge Street
Suite 2200
Boston, MA 02114
617–456–8000
Email: vjohnson@princelobel.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2011 | Ï 1 | COMPLAINT against NVIDIA Corporation Filing fee: $ 350, receipt number 0101–3510137 (Fee Status: Filing Fee paid), filed by Monica Granfield. (Attachments: # 1 Civil Cover Sheet, # 2 Civil Category Sheet, # 3 Exhibit A, # 4 Exhibit B)(McLoughlin, Ian) (Entered: 07/22/2011) |
| 07/22/2011 | Ï 2 | NOTICE of Appearance by Edward F. Haber on behalf of Monica Granfield (Haber, Edward) (Entered: 07/22/2011) |
| 07/22/2011 | Ï 3 | NOTICE of Appearance by Michelle H. Blauner on behalf of Monica Granfield (Blauner, Michelle) (Entered: 07/22/2011) |
| 07/25/2011 | Ï 4 | NOTICE of Case Assignment. Magistrate Judge Leo T. Sorokin assigned to case. Plaintiff's counsel, or defendant's counsel if this case was initiated by the filing of a Notice of Removal, are directed to the attached General Order and Notice regarding Consent to Proceed before the Magistrate Judge. These documents will be mailed to counsel not receiving notice electronically. (Abaid, Kimberly) (Entered: 07/25/2011) |
| 07/25/2011 | Ï 5 | Summons Issued as to NVIDIA Corporation. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Flaherty, Elaine) (Entered: 07/25/2011) |
| 08/16/2011 | Ï 6 | STIPULATION *and [Proposed] Order Regarding Service of Process and Time for Responding to the Complaint* by Monica Granfield. (Haber, Edward) (Entered: 08/16/2011) |
| 08/17/2011 | Ï 7 | NOTICE of Appearance by Virginia Hope Johnson on behalf of NVIDIA Corporation (Johnson, Virginia) (Entered: 08/17/2011) |
| 08/17/2011 | Ï 8 | MOTION for Leave to Appear Pro Hac Vice for admission of Justin Lichterman Filing fee: $ 50, receipt number 0101–3546024 by NVIDIA Corporation. (Attachments: # 1 Exhibit A)(Johnson, Virginia) (Entered: 08/17/2011) |
| 08/17/2011 | Ï 9 | MOTION for Leave to Appear Pro Hac Vice for admission of Robert Varian Filing fee: $ 50, receipt number 0101–3546064 by NVIDIA Corporation. (Attachments: # 1 Exhibit A)(Johnson, Virginia) (Entered: 08/17/2011) |
| 08/24/2011 | Ï 10 | |

| | | |
|---|---|---|
| | | NOTICE by Monica Granfield *of Refusal to Proceed Before a U.S. Magistrate Judge* (Haber, Edward) (Entered: 08/24/2011) |
| 09/08/2011 | 11 | NOTICE of Reassignment. Judge George A. OToole, Jr added. Magistrate Judge Leo T. Sorokin no longer assigned to case.If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Leo T. Sorokin . (Farrell, Robert)Modified on 9/8/2011 to include Request for Reassignment notice . (Geraldino−Karasek, Clarilde). (Entered: 09/08/2011) |
| 09/16/2011 | | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 8 Motion for Leave to Appear Pro Hac Vice Added Justin M. Lichterman; granting 9 Motion for Leave to Appear Pro Hac Vice Added Robert P. Varian. **Attorneys admitted Pro Hac Vice must register for electronic filing. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Danieli, Chris) (Entered: 09/16/2011) |
| 09/16/2011 | 12 | MOTION to Transfer Case *MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY AND TRANSFER VENUE OF DEFENDANT NVIDIA CORPORATION* to NORTHERN DISTRICT OF CALIFORNIA. by NVIDIA Corporation.(Johnson, Virginia) (Entered: 09/16/2011) |
| 09/16/2011 | 13 | MOTION to Transfer Case *Venue* to NORTHERN DISTRICT OF CALIFORNIA. by NVIDIA Corporation.(Johnson, Virginia) (Entered: 09/16/2011) |
| 09/16/2011 | 14 | MEMORANDUM in Support re 13 MOTION to Transfer Case *Venue* to NORTHERN DISTRICT OF CALIFORNIA. filed by NVIDIA Corporation. (Johnson, Virginia) (Entered: 09/16/2011) |
| 09/16/2011 | 15 | AFFIDAVIT of JOHN LEGGIO in Support re 13 MOTION to Transfer Case *Venue* to NORTHERN DISTRICT OF CALIFORNIA. filed by NVIDIA Corporation. (Johnson, Virginia) (Entered: 09/16/2011) |
| 09/16/2011 | 16 | AFFIDAVIT of KEITH MICHAEL KATCHER in Support re 13 MOTION to Transfer Case *Venue* to NORTHERN DISTRICT OF CALIFORNIA. filed by NVIDIA Corporation. (Johnson, Virginia) (Entered: 09/16/2011) |
| 09/16/2011 | 17 | AFFIDAVIT of BEHDAD JAFARI in Support re 13 MOTION to Transfer Case *Venue* to NORTHERN DISTRICT OF CALIFORNIA. filed by NVIDIA Corporation. (Johnson, Virginia) (Entered: 09/16/2011) |
| 09/16/2011 | 18 | AFFIDAVIT of PHILIP MICHAEL DECKER in Support re 13 MOTION to Transfer Case *Venue* to NORTHERN DISTRICT OF CALIFORNIA. filed by NVIDIA Corporation. (Johnson, Virginia) (Entered: 09/16/2011) |
| 09/16/2011 | 19 | AFFIDAVIT of THOMAS P. MCMULLEN in Support re 13 MOTION to Transfer Case *Venue* to NORTHERN DISTRICT OF CALIFORNIA. filed by NVIDIA Corporation. (Johnson, Virginia) (Entered: 09/16/2011) |
| 09/16/2011 | 20 | AFFIDAVIT of Katie M. Lieberg in Support re 13 MOTION to Transfer Case *Venue* to NORTHERN DISTRICT OF CALIFORNIA. filed by NVIDIA Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T)(Johnson, Virginia) (Entered: 09/16/2011) |
| 09/28/2011 | 21 | STIPULATION *and [Proposed] Order Regarding Time for Responding to the Complaint and Defendant's Motion to Stay and Transfer* by Monica Granfield, NVIDIA Corporation. (Blauner, |

| | | | |
|---|---|---|---|
| | | | Michelle) (Entered: 09/28/2011) |
| 10/24/2011 | | 22 | Assented to MOTION for Extension of Time to 10/31/2011 to File Response/Reply as to 13 MOTION to Transfer Case *Venue* to NORTHERN DISTRICT OF CALIFORNIA. by Monica Granfield.(Haber, Edward) (Entered: 10/24/2011) |
| 10/25/2011 | Ï | | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 22 Motion for Extension of Time to File Response/Reply re 13 MOTION to Transfer Case *Venue* to NORTHERN DISTRICT OF CALIFORNIA. Responses due by 10/31/2011 (Danieli, Chris) (Entered: 10/25/2011) |
| 10/31/2011 | | 23 | Joint MOTION to Transfer Case to NDCAL. by Monica Granfield.(Haber, Edward) (Entered: 10/31/2011) |
| 11/03/2011 | Ï | | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 23 Motion to Transfer Case (Danieli, Chris) (Entered: 11/03/2011) |
| 11/03/2011 | Ï | | Case transferred to the District of Northern California, San Francisco. Case Electronically Extracted. (Danieli, Chris) (Entered: 11/03/2011) |