ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA GRANFIELD, Individually and on Behalf of All Others Similarly Situate, | Case No. 3:11-cv-05403-JW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING** |
| v. | |
| NVIDIA Corporation, | |
| Defendant. | |

OHSWEST:261526689.1

1    WHEREAS, on December 13, 2011, the Court entered an Order extending

2    defendant NVIDIA Corporation's time to respond to the First Amended Complaint in the above-

3    captioned action until January 30, 2012;

4    WHEREAS, lead counsel for Defendant, Robert P. Varian, has been on business

5    travel over the past week, and the parties have met and conferred and agreed that NVIDIA's time

6    to respond to the First Amended Complaint shall be extended by one week until February 6,

7    2012;

8    Accordingly, IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and

9    Defendant, through their counsel of record, that NVIDIA shall respond to the current complaint

10   on February 6, 2012, subject to the Court's approval.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING SCHEDULING
CASE NO. 3:11-CV-05403-JW

OHSWEST:261526689.1

1    Dated: January 30, 2012            ORRICK, HERRINGTON & SUTCLIFFE
2                                             LLP

3

4                                       By: */s/ Justin M. Lichterman*

5                                          Justin M. Lichterman, Bar No. 225734
6                                          jlichterman@orrick.com

                                         The Orrick Building
7                                          405 Howard Street

                                         San Francisco, California 94105
8                                          Telephone: +1-415-773-5700

                                         Facsimile:+1-415-773-5759
9

10                                       Attorneys for Defendant
                                      NVIDIA Corporation

11                                     SCHUBERT JONCKHEER AND KOLBE
12                                     LLP

13

14                                     By: */s/ Dustin Schubert*
                                      Dustin Schubert
15                                       dschubert@schubertlawfirm.com

                                      Schubert Jonckheer and Kolbe LLP
16                                       Three Embarcadero Center, Suite 1650

                                      San Francisco, CA 94111
17                                       Telephone: (415) 788-4220

18                                       Facsimile: (415) 788-0161

19                                     Attorneys for Plaintiff and the
                                      Putative Class
20

21         I, Justin M. Lichterman, am the ECF user whose ID and password are being used
to file this Stipulation and [Proposed] Order Extending Time To File Amended Complaint. In
22 compliance with General Order 45, X.B., I hereby attest that Robert Schubert has concurred in
this filing.
23

24 **It is so ORDERED.**

25

26 DATED: _February 2, 2012_____                        

                               THE HONORABLE JAMES WARE
27                                UNITED STATES DISTRICT COURT JUDGE

28

OHSWEST:261526689.1