IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Monica Granfield, | NO. C 11-05403 JW |
| Plaintiff,<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING STIPULATION** |
| NVIDIA Corp., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on February 13, 2012. In lieu of a joint statement, the parties submitted a Stipulation and Proposed Order seeking to temporarily stay the case. (See Docket Item No. 41.) The parties seek a temporary stay to allow them to evaluate the impact of the Ninth Circuit's recent decision in Mazza v. American Honda Motor Co.[1] on this action.      Upon review, the Court does not find good cause to stay this proceeding. The Court does, however, find good cause to allow the parties limited time to evaluate the impact of Mazza before their next appearance. Accordingly, the Case Management Conference is CONTINUED until **March 12, 2012 at 10 a.m.** On or before **March 2, 2012,** the parties shall submit a joint statement discussing, *inter alia*, the impact of Mazza on this case and a good faith proposed schedule for how this case should proceed.

Dated: February 7, 2012

JAMES WARE
United States District Chief Judge

---

[1] No. 09-55376, 2012 WL 89176 (9th Cir. Jan 12, 2012).

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexander K Talarides atalarides@orrick.com
Dustin Lamm Schubert dschubert@schubertlawfirm.com
Edward F. Haber ehaber@shulaw.com
Ian J. McLoughlin imcloughlin@shulaw.com
Justin M. Lichterman jlichterman@orrick.com
Justin Myer Lichterman jlichterman@orrick.com
Michelle H. Blauner mblauner@shulaw.com
Robert P. Varian rvarian@orrick.com
Virginia Hope Johnson vjohnson@princelobel.com

**Dated: February 7, 2012**                    **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
**          Susan Imbriani**
**          Courtroom Deputy**

**United States District Court**
For the Northern District of California