United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Monica Granfield,

Plaintiff,

v.

NVIDIA Corp.,

Defendant.

_____________________________________/

NO. C 11-05403 JW

**SCHEDULING ORDER**

This case is scheduled for a Case Management Conference on March 12, 2012. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 43.) In their joint submission, the parties represent that Plaintiff will seek to file an Amended Complaint to assert additional claims, and that Defendant will file a Motion to Dismiss once Plaintiff's Amended Complaint is filed. In light of Plaintiff's anticipated amendments to her Complaint and Defendant's anticipated motion, the Court finds that an appearance by the parties would be premature at this time.

Accordingly, the Court CONTINUES the Case Management Conference to **June 11, 2012 at 10 a.m.** In addition, the Court sets **June 11, 2012 at 9 a.m.**, for a hearing on Defendant's anticipated Motion to Dismiss. This Motion shall be noticed and briefed in accordance with the Civil Local Rules.


On or before **March 19, 2012**, Plaintiff shall file her Amended Complaint.

Dated: March 7, 2012

JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexander K Talarides atalarides@orrick.com
Dustin Lamm Schubert dschubert@schubertlawfirm.com
Edward F. Haber ehaber@shulaw.com
Ian J. McLoughlin imcloughlin@shulaw.com
Justin Myer Lichterman jlichterman@orrick.com
Michelle H. Blauner mblauner@shulaw.com
Robert P. Varian rvarian@orrick.com
Virginia Hope Johnson vjohnson@princelobel.com

**Dated: March 7, 2012**

**Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Susan Imbriani**
**Courtroom Deputy**