| | |
|---|---|
| 1 | ROBERT P. VARIAN (SBN 107459) |
|   | Email: rvarian@orrick.com |
| 2 | JAMES N. KRAMER (SBN 154709) |
|   | Email: jkramer@orrick.com |
| 3 | JUSTIN M. LICHTERMAN (SBN 225734) |
|   | Email: jlichterman@orrick.com |
| 4 | ALEXANDER K. TALARIDES (SBN 268068) |
|   | Email: atalarides@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 6 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 7 | Telephone:   (415) 773-5700 |
|   | Facsimile:   (415) 773-5759 |
| 8 | |
|   | Attorneys for Defendant |
| 9 | NVIDIA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA GRANFIELD, individually and on Behalf of All Others Similarly Situated, | Case No. 3:11-cv-05403-JW |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| NVIDIA CORPORATION, | Date:        June 11, 2012 |
| Defendant. | Time:        9:00 A.M. |
|   | Courtroom: 9, 19th Floor |
|   | Judge:       Hon. James Ware |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** on June 11, 2012 at 9:00 a.m., or as soon thereafter as
3  the matter may be heard, in 9 of the Northern District of California courthouse, located at 450
4  Golden Gate Avenue, San Francisco, California, 94102, before the Honorable Chief Judge James
5  Ware, defendant NVIDIA Corporation ("NVIDIA") will and hereby does move the Court to
6  dismiss Plaintiff's Second Amended Class Action Complaint ("SAC"). NVIDIA brings this
7  motion pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). The grounds for this
8  motion are that the SAC does not state a claim upon which relief can be granted against NVIDIA,
9  and it fails to plead facts with the particularity as required by Rule 9(b).

10  This motion is based on this Notice of Motion and Motion; the Memorandum of Points
11  and Authorities in support thereof; the Request for Judicial Notice in support thereof; the
12  Proposed Order; and any and all other supporting documents, all of which are incorporated by
13  reference herein, and all papers, pleadings, documents, arguments of counsel and other materials
14  before or during the hearing on these motions, and any other evidence and argument the Court
15  may consider.

17  Dated: April 12, 2012                    Respectfully submitted

18                                           **ORRICK, HERRINGTON & SUTCLIFFE LLP**

20                                           By:      */s/ Robert P. Varian*
                                                      ROBERT P. VARIAN

21                                                    Attorneys for Defendant
                                                      NVIDIA CORPORATION