| | |
|---|---|
| ROBERT P. VARIAN (SBN 107459)<br>Email: rvarian@orrick.com<br>JAMES N. KRAMER (SBN 154709)<br>Email: jkramer@orrick.com<br>JUSTIN M. LICHTERMAN (SBN 225734)<br>Email: jlichterman@orrick.com<br>ALEXANDER K. TALARIDES (SBN 268068)<br>Email: atalarides@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>Attorneys for Defendant<br>NVIDIA CORPORATION | EDWARD F. HABER (pro hac vice)<br>Email: ehaber@shulaw.com<br>MICHELLE BLAUNER<br>Email: mblauner@shulaw.com<br>IAN J. McLOUGHLIN<br>Email: imcloughlin@shulaw.com<br>SHAPIRO HABER & URMY LLP<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br><br>ROBERT C. SCHUBERT (SBN 62684)<br>Email: rschubert@schubertlawfirm.com<br>JASON A. PIKLER (SBN 245722)<br>Email: jpikler@schubertlawfirm.com<br>SCHUBERT JONCKHEER & KOLBE LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, California 94111<br>Telephone: (415) 788-4220<br>Facsimile: (415) 788-0161<br><br>Attorneys for Plaintiff and the<br>Putative Class and Subclasses |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA GRANFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA Corporation,<br><br>Defendant. | Case No. 3:11-cv-05403-JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR RESPONSE AND REPLY BRIEFS REGARDING NVIDIA'S PENDING MOTION TO DISMISS**<br><br>**[CIVIL LOCAL RULE 6-2]**<br><br>Date:   June 11, 2012<br>Time:   9:00 A.M.<br>Court:  9, 19th Floor<br>Judge:  Hon. James Ware |

1   WHEREAS, pursuant to the Court's February 7, 2012 Order, the parties submitted a Joint
2   Statement on March 2, 2012, to discuss the impact of *Mazza v. American Honda Co.*, 666 F.3d
3   581 (9th Cir. 2012) on this case and submitted a stipulated schedule for the Court's approval
4   (Doc. No. 43);

5   WHEREAS the Court indicated in its subsequent Scheduling Order that the hearing for
6   NVIDIA Corporation's ("NVIDIA") Motion to Dismiss Plaintiff's Second Amended Class
7   Action Complaint would be set for June 11, 2012, and that the "Motion shall be noticed and
8   briefed in accordance with the Civil Local Rules" (Doc. No. 44);

9   WHEREAS the Commentary to Civil Local Rule 7-2 provides: "The time periods set forth
10  in Civil L.R. 7-2 and 7-3 regarding notice, response and reply to motions are minimum time
11  periods. For complex motions, parties are encouraged to stipulate to or seek a Court order
12  establishing a longer notice period with correspondingly longer periods for response or reply";

13  WHEREAS the parties believe the pending Motion to Dismiss is sufficiently complex to
14  justify an extension of the periods allowed under the Civil Local Rules for the filing of the
15  parties' opposition and reply briefs, and the parties believe that it would be difficult to prepare the
16  opposition and reply briefs within the minimum time allotments provided by Civil Local Rule 7-
17  3;

18  WHEREAS the proposed extension of the briefing deadlines would not affect any other
19  deadlines in the case schedule or the scheduled hearing date[1];

20  Accordingly, IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendant,
21  through their counsel of record, that Plaintiff's deadline for filing its response to NVIDIA's
22  Motion to Dismiss shall be extended to May 11, 2012, and that NVIDIA's deadline for filing its
23  reply in support of its Motion shall be extended to May 25, 2012.

---

[1] Pursuant to Civil Local Rule 6-2, the parties are filing the accompanying declaration of Jason A. Pikler in support of the Stipulation.

| | | |
|---|---|---|
| 2 | Dated: April 18, 2012 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By: */s/ Robert P. Varian*
    Robert P. Varian, Bar No. 107459
    *rvarian@orrick.com*
    The Orrick Building
    405 Howard Street
    San Francisco, California 94105
    Telephone: +1-415-773-5700
    Facsimile:+1-415-773-5759

Attorneys for Defendant
NVIDIA Corporation

Dated: April 18, 2012      SHAPIRO HABER & URMY LLP

By: */s/ Edward F. Haber*
    Edward F. Haber (*pro hac vice*)
    *ehaber@shulaw.com*
    53 State Street
    Boston, MA 02109
    Telephone: (617) 439-3939
    Facsimile: (617) 439-0134

Attorneys for Plaintiff and the
Putative Class

*I, Jason Pikler, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Deadlines for Response and Reply Briefs Regarding Nvidia's Motion to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Edward Haber and Robert Varian have concurred in this filing.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __4/24/12_____   _____
                                             THE HONORABLE
                                             UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Ware]