IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Monica Granfield, | NO. C 11-05403 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| NVIDIA Corp., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on June 18, 2012. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 55.) In light of the pending Motion to Dismiss,[1] the Court finds that a Case Management Conference is premature at this time. The Court will set a new date in its Order addressing the Motion, if necessary.

In addition, because the June 18 calendar is full, the Court CONTINUES the hearing on the Motion to Dismiss to **June 25, 2012 at 9 a.m.** to give the parties sufficient time to present their oral argument.

Dated: June 12, 2012

JAMES WARE
United States District Chief Judge

---

[1] (See Docket Item No. 46.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexander K Talarides atalarides@orrick.com
Dustin Lamm Schubert dschubert@schubertlawfirm.com
Edward F. Haber ehaber@shulaw.com
Ian J. McLoughlin imcloughlin@shulaw.com
Jason A. Pikler jpikler@schubertlawfirm.com
Justin M. Lichterman jlichterman@orrick.com
Michelle H. Blauner mblauner@shulaw.com
Robert P. Varian rvarian@orrick.com
Virginia Hope Johnson vjohnson@princelobel.com
Willem F. Jonckheer wjonckheer@schubertlawfirm.com

**Dated: June 12, 2012**               **Richard W. Wieking, Clerk**

                                       **By: /s/ JW Chambers**
                                       **William Noble**
                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California