IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Monica Granfield, | NO. C 11-05403 JW |
|       Plaintiff, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| NVIDIA Corp., | |
|       Defendant. | |

Presently before the Court is the parties' Joint Stipulation regarding the hearing on Defendant's Motion to Dismiss. (See Docket Item No. 57.) In their Joint Stipulation, the parties request that the hearing on Defendant's Motion to Dismiss, which is currently scheduled for June 25, 2012, be moved to August of 2012 due to conflicts with counsel's schedule. (Id.)

Upon review, the Court finds it appropriate to take Defendant's Motion under submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the Court VACATES the June 25 hearing.

Dated: June 20, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexander K Talarides atalarides@orrick.com
Dustin Lamm Schubert dschubert@schubertlawfirm.com
Edward F. Haber ehaber@shulaw.com
Ian J. McLoughlin imcloughlin@shulaw.com
Jason A. Pikler jpikler@schubertlawfirm.com
Justin M. Lichterman jlichterman@orrick.com
Michelle H. Blauner mblauner@shulaw.com
Robert P. Varian rvarian@orrick.com
Virginia Hope Johnson vjohnson@princelobel.com
Willem F. Jonckheer wjonckheer@schubertlawfirm.com

**Dated: June 20, 2012**  **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
     **William Noble**
     **Courtroom Deputy**