1  ROBERT P. VARIAN (SBN 107459)
   *Email: rvarian@orrick.com*
2  JAMES N. KRAMER (SBN 154709)
   *Email: jkramer@orrick.com*
3  JUSTIN M. LICHTERMAN (SBN 225734)
   *Email: jlichterman@orrick.com*
4  ALEXANDER K. TALARIDES (SBN 268068)
   *Email: atalarides@orrick.com*
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
7  San Francisco, CA 94105-2669
   Telephone: (415) 773-5700
8  Facsimile: (415) 773-5759
9
   Attorneys for Defendant
10 NVIDIA CORPORATION

   EDWARD F. HABER (pro hac vice)
   *Email: ehaber@shulaw.com*
   MICHELLE BLAUNER
   *Email: mblauner@shulaw.com*
   IAN J. McLOUGHLIN
   *Email: imcloughlin@shulaw.com*
   SHAPIRO HABER & URMY LLP
   53 State Street
   Boston, MA 02109
   Telephone: (617) 439-3939
   Facsimile: (617) 439-0134

   ROBERT C. SCHUBERT (SBN 62684)
   *Email:* rschubert@*schubertlawfirm.com*
   JASON A. PIKLER (SBN 245722)
   *Email:* jpikler@*schubertlawfirm.com*
   SCHUBERT JONCKHEER & KOLBE LLP
   Three Embarcadero Center, Suite 1650
   San Francisco, California  94111
   Telephone: (415) 788-4220
   Facsimile: (415) 788-0161

   Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MONICA GRANFIELD, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:11-cv-05403-JW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR FILING AMENDED COMPLAINT** |
| v. | |
| NVIDIA Corporation, | **[CIVIL LOCAL RULE 6-2]** |
| Defendant. | |

IT IS SO ORDERED

Judge James Ware

1   WHEREAS, this action was filed on July 22, 2011;

2   WHEREAS, on March 15, 2012, Plaintiff filed a Second Amended Class Action

3   Complaint;

4   WHEREAS, on July 11, 2012, the Court issued an Order Granting in Part and Denying in

5   Part Defendant's Motion to Dismiss, and set July 31, 2012 as the deadline to file any amended

6   complaint;

7

8   WHEREAS, Plaintiff's counsel request a brief extension of fifteen (15) days in which to

9   file the Third Amended Class Action Complaint, in light of numerous personal and professional

10  commitments;

11  WHEREAS the proposed extension would not affect any other deadlines in the case

12  schedule;[1] and

13

14  WHEREAS, Defendant does not object to the proposed extension;

15  THEREFORE, the parties hereby stipulate, and request the Court to order, that Plaintiff's

16  deadline for filing the Third Amended Class Action Complaint be extended to August 15, 2012.

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Pursuant to Civil Local Rule 6-2, plaintiff is filing the accompanying declaration of Willem F. Jonckheer in support of this Stipulation.

- 1 -

1

2    Dated: July 31, 2012                      ORRICK, HERRINGTON & SUTCLIFFE LLP

3                                              By:  */s/ Robert P. Varian*
                                                    Robert P. Varian, Bar No. 107459
4                                                   *rvarian@orrick.com*
                                                    The Orrick Building
5                                                   405 Howard Street
6                                                   San Francisco, California  94105
                                                    Telephone: +1-415-773-5700
7                                                   Facsimile:+1-415-773-5759

8                                                   Attorneys for Defendant
9                                                   NVIDIA Corporation

10   Dated: July 31, 2012                      SHAPIRO HABER & URMY LLP

11                                             By: */s/ Edward F. Haber*
                                                    Edward F. Haber (*pro hac vice*)
12                                                  *ehaber@shulaw.com*
                                                    53 State Street
13                                                  Boston, MA 02109
                                                    Telephone: (617) 439-3939
14                                                  Facsimile: (617) 439-0134

15                                                  Attorneys for Plaintiff
16

17

18   *I, Willem F. Jonckheer, am the ECF user whose ID and password are being used to file this
     Stipulation and [Proposed] Order Extending Time for Filing Amended Complaint.  In compliance
19   with General Order 45, X.B., I hereby attest that all parties have concurred in this filing.*

20   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22
     DATED:  August 2, 2012
23
                                              THE HONORABLE JAMES WARE
24                                            UNITED STATES DISTRICT COURT CHIEF
                                              JUDGE
25

26

27

28